IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                    Civil Action No. 8:13-cv-03026-RWT

JOHN DOE, subscriber assigned IP address
69.140.116.161,

    Defendant.

### PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP Address 69.140.116.161. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: December 3, 2013

Respectfully submitted,

By: /s/ *Jon A. Hoppe*
Jon A. Hoppe, Esquire
jhoppe@mhhhlawfirm.com
MADDOX, HOPPE, HOOFNAGLE &
HAFEY, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
Phone: 301-341-2580
*Attorney for Plaintiff*

"APPROVED" THIS 5th DAY of December, 2013

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

1